In the Matter of BRANDON R., an Infant. CHRYSTAL R., Appellant; CHILDREN'S AID SOCIETY, Respondent.

Submitted October 15, 2012; decided January 10, 2013

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

In the Matter of the Claim of KEVIN BRENNAN, Appellant, v VILLAGE OF JOHNSON CITY et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 19, 2012; decided January 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of MAXIM CHIFRINE, Appellant, v VILENA BEKKER et al., Respondents. (Proceeding No. 1.)

In the Matter of IRINA CHIFRINE, Appellant, v VILENA BEKKER et al., Respondents. (Proceeding No. 2.)

Submitted December 3, 2012; decided January 10, 2013

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 814 (2012)].

In the Matter of the Arbitration between CITY OF OSWEGO, Appellant, and OSWEGO CITY FIREFIGHTERS ASSOCIATION, LOCAL 2707, Respondent.

Submitted January 7, 2013; decided January 10, 2013

Motion by New York State Professional Firefighters Association, I.A.F.F., AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.